## WARNER-LAMBERT CO., LLC, ET AL. *v.* KENT ET AL.

CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR
THE SECOND CIRCUIT

No. 06–1498.   Argued February 25, 2008—Decided March 3, 2008

*Carter G. Phillips* argued the cause for petitioners.   With him on the briefs were *Daniel E. Troy, Rebecca K. Wood, Eamon P. Joyce, Quin M. Sorenson, David Klingsberg,* and *Steven Glickstein.*

*Daryl Joseffer* argued the cause for the United States as *amicus curiae* urging reversal.   With him on the brief were *Solicitor General Clement, Acting Assistant Attorney General Bucholtz, Deputy Solicitor General Kneedler, Douglas N. Letter, Daniel Meron, Gerald F. Masoudi,* and *Eric M. Blumberg.*

*Allison M. Zieve* argued the cause for respondents.   With her on the brief were *David R. Parker, Brian Wolfman, Scott L. Nelson, Theodore Goldberg,* and *David Bennet Rodes.**

---

*Briefs of *amici curiae* urging reversal were filed for the Chamber of Commerce of the United States of America by *Kenneth S. Geller, David M. Gossett, Robin S. Conrad,* and *Amar D. Sarwal;* for the Generic Pharmaceutical Association by *Jay P. Lefkowitz;* for Pharmaceutical Research and Manufacturers of America by *Bert W. Rein;* and for the Product Liability Advisory Council by *Robert N. Weiner.*

Briefs of *amici curiae* urging affirmance were filed for the State of Kansas et al. by *Paul J. Morrison,* Attorney General of Kansas, *Stephen R. McAllister,* Solicitor General, and *Jared S. Maag,* Deputy Solicitor General, and by the Attorneys General for their respective States as follows: *Talis J. Colberg* of Alaska, *Terry Goddard* of Arizona, *Bill McCollum* of Florida, *Lawrence G. Wasden* of Idaho, *Lisa Madigan* of Illinois, *Tom Miller* of Iowa, *Jack Conway* of Kentucky, *Michael A. Cox* of Michigan, *Lori Swanson* of Minnesota, *Jim Hood* of Mississippi, *Jeremiah W. (Jay) Nixon* of Missouri, *Mike McGrath* of Montana, *Catherine Cortez Masto* of Nevada, *Kelly A. Ayotte* of New Hampshire, *Anne Milgram* of New Jer-

PER CURIAM.

The judgment is affirmed by an equally divided Court.

THE CHIEF JUSTICE took no part in the consideration or decision of this case.

sey, *Gary K. King* of New Mexico, *Andrew M. Cuomo* of New York, *Wayne Stenehjem* of North Dakota, *Marc Dann* of Ohio, *W. A. Drew Edmondson* of Oklahoma, *Hardy Myers* of Oregon, *Henry McMaster* of South Carolina, *Lawrence E. Long* of South Dakota, *Mark L. Shurtleff* of Utah, *William H. Sorrell* of Vermont, *Robert F. McDonnell* of Virginia, *Robert M. McKenna* of Washington, and *Darrell V. McGraw, Jr.,* of West Virginia; for AARP by *David C. Vladeck* and *Bruce Vignery;* for the American Association for Justice by *Francine A. Hochberg* and *Kathleen Flynn Peterson;* for the National Conference of State Legislatures et al. by *Richard Ruda* and *Steven H. Goldblatt;* and for Public Justice, P. C., by *Leslie A. Brueckner, David J. Arkush,* and *Arthur H. Bryant.*

*Eric G. Lasker, Daniel J. Popeo,* and *Richard A. Samp* filed a brief for the Washington Legal Foundation as *amicus curiae.*